UNITED STATES of America,
Plaintiff–Appellee,

v.

Lazaro TAPIA–SANTANA,
Defendant–Appellant.

No. 01–7584.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Lazaro Tapia–Santana, Pro Se. Jane H. Jolly, Office of the United States Attorney, Raleigh, NC, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Lazaro Tapia–Santana seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and his motion to alter or amend judgment. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Tapia–Santana*, Nos. CR–93–62–BR; CA–00–864–BR (E.D.N.C. Jan. 18, 2001; Feb. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*